12-9-15

James Pelloat 1289216
CT Terrell Unit
1300 FM 655
Rosharon, Texas, 77583

13-15-456-CV

FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

DEC 14 2015

DORIAN E. RAMIREZ, CLERK
BY_____

RECEIVED
DEC 14 2015
13th COURT OF APPEALS

Dorian Ramirez, Clerk
13th Court of Appeals
Nueces County Courthouse
901 Leonard, 10th Floor
Corpus Christi, Texas, 78401

The Honorable Dorian Ramirez

I received your letter this week. We are on lockdown so movement of anykind is rather slow. I was under the impression that a friend of mine, Ms. Weoni Barnet, had paid that fee at the Jefferson County District Clerks office last month. If this is not the case, I am on a limited income of $300.00 a month. In the past 2 months I have paid a filing fee for a Bill of Review on this entire case, and I have purchased 2 transcripts of phone hearrings that this appeal deals with. I get a retirement check but my daughter, my Power of Attorney, suffers from Stage 4 Breast Cancer and trying to raise her two children and she uses the rest of my retirement. I have applied as indigent but been denied by Judge Shelton claiming I got things in my divorce that could be sold. Because I am incarcerated, I have yet

To get possession of anything and most of the items awarded belonged to others.

I do get $300.00 a month and could send 100.00 a month or have the court take it out.

I am sorry for the delay but like I said I was under the idea that the fee was paid either in October or November in Jefferson County

Please let me know if $102.50 can be sent over 2 months.

Sincerely

James a. Prescott